IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
KARLA J. WEINHOFER, and JOSEPH S. :
SPAGNOLA, :
:
Plaintiffs, :
:
v. : CIVIL ACTION NO. 15-CV-05002
:
WEIS MARKETS, INC. :
:
Defendant. :
_____:

### ORDER

**AND NOW**, this 29th day of December, 2016, upon consideration of Defendant, Weis Markets, Inc.'s Motion for Sanctions Directed to Plaintiffs (Dkt. No. 35), the Supplemental Memorandum of Law in Support of Motion for Sanctions (Dkt. No. 40), the Second Supplemental Memorandum of Law in Support of Motion for Sanctions (Dkt. No. 41), and for the reasons stated in the accompanying Memorandum,

**IT IS ORDERED** that Defendant's motion for sanctions is **DENIED** with respect to Defendant's request for monetary compensation for expenses incurred in the action.

**IT IS FURTHER ORDERED** that Defendant's motion for sanctions is **GRANTED** with respect to the dismissal of this action. Plaintiffs' case is **DISMISSED** in its entirety with prejudice.

**IT IS FURTHER ORDERED** that Defendant, Weis Markets, Inc.'s Motion for Summary Judgment (Dkt. No. 39) filed December 15, 2016 is **DISMISSED** as moot.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT

 */s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge